| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clark, Ron | District Court, E.D. Texas | 04/16/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final | 01/01/2006<br>to<br>12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 300 Willow #219<br>Beaumont, TX 77701 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee (Until December 26, 2006, when trust was closed) | Trust # 2 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | State of Texas Retirement Plan, no control |
| 2. | |
| 3. | |

2007 APR 23 A 10: 50 FINANCIAL DISCLOSURE OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Drama Teacher/Performer self-employed |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | State Bar of Texas | July 27-28, Lake Tahoe CA. Speaker on Patent Law to Attorney CLE seminar. (Travel, meals, and hotel) |
| 2. | University of Texas School of Law, Continuing Legal Education | October 25-26, Austin, TX Speaker on Patent Law to Attorney CLE seminar. (Milage, meals, and hotel) |
| 3. | Austin Bar Association Intellectual Property Law Association | Nov. 10-11, Austin, TX, Attend Appreciation Dinner for Fed. Cir. Judge, and District Judges with patent cases. (Milage, meals, hotel) |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 04/16/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 04/16/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Janus Mutual Funds | | | | | | | | | |
| 2. JAGXX | A | Dividend | J | T | | | | | |
| 3. JANSX | A | Dividend | K | T | | | | | |
| 4. JAVLX | A | Dividend | J | T | | | | | |
| 5. JAVTX | B | Distribution | K | T | | | | | |
| 6. Nuveen Funds, NUV | B | Int./Div. | K | T | | | | | |
| 7. USAA Mutual Funds | | | | | | | | | |
| 8. USEXX | B | Dividend | K | T | | | | | |
| 9. USSPX | A | Dividend | K | T | | | | | |
| 10. Vaguard Mutual Funds | | | | | | | | | |
| 11. VMMXX | B | Dividend | K | T | | | | | |
| 12. VWNAX | D | Dividend | M | T | | | | | |
| 13. VWUSX | A | Dividend | K | T | | | | | |
| 14. VFINX | A | Dividend | J | T | | | | | |
| 15. Vanguard Mutual Funds IRA 1 | D | Dividend | M | T | | | | | |
| 16. -VGHCX | | | | | buy | 06/12 | J | | |
| 17. -VWNAX | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -VEXPX | | | | | | | | | |
| 19. -VFINX | | | | | buy | 06/12 | J | | |
| 20. Vanguard Mutual Fund IRA 2 | A | Dividend | K | T | | | | | |
| 21. VEXPX | | | | | | | | | |
| 22. VFINX | | | | | | | | | |
| 23. Vanguard Mutual Fund IRA 3 VFINX | A | Dividend | J | T | | | | | |
| 24. Vanguard Mutual Fund IRA 4 VFINX | A | Dividend | K | T | | | | | |
| 25. American Mutual Fund IRA | D | Dividend | M | T | | | | | |
| 26. Janus Mutual Funds IRA, JAMRX | A | Dividend | J | T | | | | | |
| 27. Vanguard Variable Annuity | | None | K | T | | | | | |
| 28. Common Stocks | | | | | | | | | |
| 29. KO | A | Dividend | | | sold | 12/08 | J | A | |
| 30. XOM | B | Dividend | K | T | Partial Sale | 11/07 | K | D | |
| 31. U.S. Savings Bond | | None | J | T | | | | | |
| 32. Trust 2, Trustee | A | Dividend | | | Closed | | | | |
| 33. AMGN | | | | | partial sale | 03/03 | J | D | |
| 34. AMGN | | | | | all sold | 10/03 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SWMXX | | | | | Closed | | | | |
| 36. UGTMA Account 1 | A | Dividend | K | T | | | | | |
| 37. -XOM | | | | | partial sale | 11/08 | J | D | |
| 38. HBW Plaza Ltd. | C | Distribution | M | U | | | | | |
| 39. Texas State Bank Accounts | A | Interest | L | T | | | | | |
| 40. Centennial Money Mkt. | A | Interest | | | closed | | | | |
| 41. Evergreen Money Market | A | Interest | | | closed | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =S25,000,001 - S50,000,000 | R =Cost (Real Estate Only) | P4 =More than S50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 04/16/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII, lines 12 and 17 - the symbol for these funds changed from VWNFX (as shown on report for 2005 at part VII lines 12 and 17 respectively) to VWNAX as part of internal automatic change by mutual fund company. No gain or loss occurred.

2. Part VII, lines 32-35 - The stock in the trust was sold as noted. All proceeds went into the money market part of the account (SWMMX) and then all funds were distributed and the trust was closed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature      Date 4/16/2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544